UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED ALI JAMA,

                    Plaintiff,

        v.

KING COUNTY SEATTLE POLICE,
WESTERN STATE HOSPITAL,

                    Defendants.

CASE NO. 2:18-cv-01111-RSM

**ORDER GRANTING**
**APPLICATION TO PROCEED IN**
**FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28

U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Ricardo S.

Martinez.

DATED this 3rd day of August, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge