UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED ALI JAMA,

          Plaintiff,

      v.

KING COUNTY POLICE, WESTERN
STATE HOSPITAL,

          Defendants.

CASE NO. C18-1111RSM

ORDER FOR AMENDED COMPLAINT

    *Pro Se* Plaintiff, Mahamed Ali Jama, has been granted leave to proceed *in forma pauperis* in this matter. Dkt. #3. His Complaint was filed on August 3, 2018. Dkt. #4. Summonses have not yet been issued. Plaintiff's Complaint is short on detail. The Court can discern that Plaintiff alleges he was wronged by King County Police and Western State Hospital and that he seeks justice. Dkt. #4. Plaintiff otherwise provides no factual basis for his action. *Id.*

    As federal courts are courts of limited jurisdiction, a plaintiff bears the burden of establishing that his case is properly filed in federal court. *Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375, 377 (1994); *In re Ford Motor Co./Citibank (South Dakota), N.A.*, 264 F.3d 952, 957 (9th Cir. 2001). This burden, at the pleading stage, must be met by pleading sufficient allegations to show a proper basis for the federal court to assert subject matter jurisdiction over the action. *McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936). Further, the Court will dismiss a Complaint at any time if the action fails to state a claim, raises frivolous or

ORDER – 1

malicious claims, or seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B).

Plaintiff fails to identify any basis for federal jurisdiction in his Complaint. Plaintiff fails to explain how Defendants have violated any federal or other law. Indeed, Plaintiff fails to explain any factual basis for his claims and fails to identify what claim he is actually asserting against the named Defendants. Accordingly, Plaintiffs' Complaint suffers from deficiencies that, if not corrected in an Amended Complaint, require dismissal.

Accordingly, the Court hereby finds and ORDERS that Plaintiff shall file an Amended Complaint **no later than twenty-one (21) days from the date of this Order**. In the Amended Complaint, Plaintiff must include a short and plain statement demonstrating that there is federal jurisdiction over his claims, either under federal question or diversity jurisdiction. Plaintiff must also include a short and plain statement demonstrating a legal basis to his claims and lay out the factual basis for his claims. Failure to file an Amended Complaint will result in dismissal of this case.

The Clerk shall send a copy of this Order to Plaintiff at 77 South Washington Avenue, Seattle, WA 98104.

Dated this 6 day of August, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2